[No. 10258–1–III.  Division Three.  May 16, 1991.]

LLOYD SOLBERG, ET AL, *Appellants,* v. RON PALELEK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 87–2–00305–4, Michael E. Cooper, J., entered September 8, 1989. *Affirmed in part* and *reversed*

*in part* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Thompson, J.